

PLEASE REPLY TO:
LONG ISLAND OFFICE
53 GIBSON STREET
BAY SHORE, NY 11706
Tel: (631) 969-3100

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/2023
```

May 5, 2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Re:   Freedom Mortgage Corporation  v. Marsha Jean Taggart a/k/a Marsha Jean Francis, et al.
      Our File No.: 01-096700-F00
      Index No.: 22-cv-09496

Dear Sir/Madam:

This firm represents the above-referenced Plaintiff. Our office has contacted the help desk at the Southern District Court to have documents temporarily sealed in this action. The help desk temporarily sealed the documents.

Our office is respectfully requesting that the following documents be permanently be sealed sealed and made inaccessible to PACER users. These documents were part of the application for a default Judgment and have been refiled and liked to the application on May 5, 2023.

1. Document 20-13 as it contains a partial social security number  (personal information)
2. Document 20-3 as it contains loan numbers (personal information)

Thank you for your anticipated cooperation.  Should you require additional information, or have any questions, please contact our office.

Very truly yours,
Frenkel, Lambert, Weiss, Weisman & Gordon, LLP

Robert Tremaroli, Esq.

**MEMO ENDORSED**

Plaintiff's request to seal is GRANTED. The Clerk of the Court is kindly directed to seal ECF Nos. 20-13 and 20-3.

Dated: May 8 , 2023
White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE