USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/2026_____

PRESENT: HON. NELSON STEPHEN ROMAN

United States District Court
for the
Southern District of New York

| | |
|---|---|
| FREEDOM MORTGAGE CORPORATION | ) |
| | ) Civil Action No. 22-CV-9496 |
| Plaintiff | ) |
| | ) |
| | ) |
| v. | ) ORDER VACATING DEFAULT JUDGMENT OF FORECLOSURE AND SALE, VOLUNTARILY DISMISSING COMPLAINT AND CANCELLING THE NOTICE OF PENDENCY |
| | ) |
| | ) |
| MARSHA JEAN TAGGART AKA MARSHA JEAN FRANCIS INDIVIDUALLY AND AS SURVIVING SPOUSE OF JAMES C. FRANCIS | ) ) ) )) Mortgage Servicer: |
| | ) Freedom Mortgage Corporation |
| Defendant(s) | ) |
| | ) Mortgage Servicer Phone Number: |
| | ) 855-690-5900 |
| | ) |
| | ) |

Before the Court is a motion to voluntarily dismiss the Complaint pursuant to Fed. R. Civ. P. § 41(a)(2), vacate the Default Judgment of Foreclosure and Sale pursuant to Fed R. Civ. P. § 60(b), and cancel the Notice of Pendency of Action pursuant to N.Y. C.P.L.R. § 6514(a). The action was commenced by filing of the Summons and Complaint on November 7, 2022, copies of which were served on the Defendants. The Defendants failed to answer, appear or motion with respect to the Complaint and defaulted.

On April 17, 2026, the Court granted the Plaintiff default judgment pursuant to Fed. R. Civ. P. § 55(b)(2) and a Judgment of Foreclosure and Sale pursuant to N.Y. R.P.A.P.L. § 1351 and § 1354. Thereafter, the defendant satisfied the mortgage loan, which settled the case and nullified the Judgment of Foreclosure and Sale. On these grounds, it is hereby:

**ORDERED, ADJUDGED AND DECREED**, the Plaintiff's motion is granted; and it is further

**ORDERED, ADJUDGED AND DECREED,** the Default Judgment of Foreclosure and Sale entered on April 17, 2026 is vacated pursuant to Fed. R. Civ. P. § 60(b); and it is further

**ORDERED, ADJUDGED, AND DECREED**, the Referee who was appointed to sell the property at public auction pursuant to the Judgment of Foreclosure and Sale, Joseph A. Ruggiero, Esq., is discharged and relieved of any and all obligations and requirements thereunder; and it is further

**ORDERED**, **ADJUDGED, AND DECREED,** that pursuant to N.Y. C.P.L.R. § 6514(a), the County Clerk of Westchester County is directed, upon payment of proper fees, if any, to cancel and discharge a certain Notice of Pendency filed in this action on the November 7, 2022 and in the Office of the Clerk of the United State District Court for the Southern District of New York, and any other filing against the property known as 147 HALYAN ROAD, YORKTOWN HEIGHTS, NY 10598, and said Clerk is hereby directed to enter upon the margin of the record of the same a Notice of Cancellation referring to this Order.

In light of Plaintiff's acknowledgment that Defendant has satisfied the mortgage loan in full, thereby resolving this action, and Plaintiff's consent to vacatur of the Judgment of Foreclosure and Sale entered at ECF No. 39, the Judgment of Foreclosure and Sale is hereby VACATED. Accordingly, it is hereby ORDERED that the Clerk of Court is directed to terminate the motion at ECF No. 40 and close the case.

SO ORDERED:

Dated: June 2, 2026

    White Plains, NY

NELSON S. ROMÁN
United States District Judge